UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

| | | |
|---|---|---|
| STEPHANIE MERCIER, et al., | ) | No. 2014-5074 |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Appellee. | ) | |

**MOTION TO EXTEND THE DEADLINE TO FILE APPELLANT'S OPENING BRIEF**

Appellants to this action respectfully request an additional fourteen (14) days to submit their opening brief, currently due on June 20, 2014. In support of the motion, Appellants submit the Declaration of David M. Cook. *See* Attachment A.

WHEREFORE, Appellants respectfully request that the Court extend the time to submit the opening brief to July 7, 2014 accounting for the July 4th holiday.

Respectfully submitted,

s/ David M. Cook
David M. Cook
**Cook & Logothetis, LLC**
22 West Ninth Street
Cincinnati, Ohio 45202
513-287-6980 (Phone)
513-721-1178 (Fax)
dcook@econjustice.com
*Attorney of Record for Appellants*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 18, 2014, the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent via e-mail to michael.goodman@usdoj.gov.

s/ David M. Cook
David M. Cook
*Attorney of Record for Appellants*