# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

2014-5074

**STEPHANIE MERCIER, AUDRICIA BROOKS,**

*Plaintiffs - Appellants*

v.

**UNITED STATES,**

*Defendant - Appellee*

Appeal from the United States Court of Federal Claims in case no. 1:12-cv-00920-EDK
Judge Elaine Kaplan

## MANDATE

In accordance with the judgment of this Court, entered May 15, 2015, and pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.


ISSUED: July 6, 2015                                FOR THE COURT

                                                   /s/ Daniel E. O'Toole
                                                   Daniel E. O'Toole
                                                   Clerk of Court